# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IMPRESSIONS ADVERTISING
SPECIALITIES, LLC AND JIM C.
WATSON

VERSUS

THE STATE OF LOUISIANA,
THROUGH THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO.  2026 CW 0657

**JULY 27, 2026**

---

In Re:   The State of Louisiana, through the Department of
Transportation and Development, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 731011.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT GRANTED.** The portion of the April 22, 2026 judgment that
granted in part the Motion for Summary Judgment filed by the
plaintiffs, Impressions Advertising Specialties, LLC and Jim C.
Watson, with respect to claims against the defendant, the Louisiana
Department of Transportation and Development, arising out of the
June 11, 2021 public records request, is reversed. Genuine issues
of material fact preclude the granting of summary judgment herein.
Accordingly, the plaintiffs' Motion for Summary Judgment and
requested relief as to their June 11, 2021 public records request
is denied.

                    AHP
                    HG
                    WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT